No. 348. LEH ET AL. *v.* GENERAL PETROLEUM CORP. ET AL. C. A. 9th Cir. (Certiorari granted, 379 U. S. 877.) Upon consideration of the motion of petitioner Leh for leave to proceed further herein *in forma pauperis,* it is ordered that the case be heard on the typewritten record. *Maxwell Keith* for petitioner Leh on the motion. *Howard Painter, Francis R. Kirkham, William E. Mussman, Thomas E. Haven, George W. Jansen, Jack E. Woods, Moses Lasky, Wayne H. Knight* and *Edmund D. Buckley* for respondents.

No. 355. SUSSER ET AL. *v.* CARVEL CORP. ET AL. C. A. 2d Cir. (Certiorari granted, 379 U. S. 885.) Motion of International Franchise Association, Inc., for leave to file a brief, as *amicus curiae,* granted. *Jerrold G. Van Cise* on the motion.

No. 422. FEDERAL TRADE COMMISSION *v.* CONSOLIDATED FOODS CORP. C. A. 7th Cir. (Certiorari granted, 379 U. S. 912.) Motion of Eaton Manufacturing Co. for leave to file a brief, as *amicus curiae,* granted. *Thomas V. Koykka* and *Edward D. Crocker* on the motion.

No. 819. LINN *v.* UNITED PLANT GUARD WORKERS OF AMERICA, LOCAL 114, ET AL. C. A. 6th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 835. HARPER ET AL. *v.* VIRGINIA BOARD OF ELECTIONS ET AL. Appeal from D. C. E. D. Va. Motion to advance denied. Probable jurisdiction noted. *Lawrence Speiser* and *Allison W. Brown, Jr.,* for appellants. *Robert Y. Button,* Attorney General of Virginia, and *Richard N. Harris,* Assistant Attorney General, for appellees.